Decided June 19, 1995

TOWN OF FAIRFIELD ET AL. *v.* CONNECTICUT
SITING COUNCIL ET AL.

The Supreme Court docket number is SC 15287.

*Anthony M. Fitzgerald,* in support of the petition.

*Linda M. Guliuzza,* in opposition.

Decided June 19, 1995

TOWN OF FAIRFIELD ET AL. *v.* CONNECTICUT
SITING COUNCIL ET AL.

The petition of the defendant Connecticut Siting Council for certification for appeal from the Appellate

Court, 37 Conn. App. 653 (AC 13094), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the decision of the Connecticut Siting Council was a final decision in a contested case under the Uniform Administrative Procedure Act?"

The Supreme Court docket number is SC 15286.

*Mark F. Kohler,* in support of the petition.

*Linda M. Guliuzza,* in opposition.

Decided June 19, 1995